Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorney for Plaintiff,*
*Salvador Diaz*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR DIAZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No.: **2:23-CV-02564**<br><br>**NOTICE OF SETTLEMENT** |

　　NOTICE IS HEREBY GIVEN that Plaintiff Salvador Diaz ("Plaintiff") and Defendant Asset Recovery Solutions, LLC ("Defendant") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: October 19, 2023 | By: */s/ Youssef H. Hammoud*<br>Youssef H. Hammoud  (SBN: 321934)<br>HAMMOUD LAW, P.C.<br>3744 E. Chapman Ave., #F12269<br>Orange, CA 92859<br>T: (949) 301-9692<br>F: (949) 301-9693<br>yh@lawhammoud.com<br><br>*Attorney for Plaintiff*<br>*Salvador Diaz* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Youssef H. Hammoud*