Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorneys for Plaintiff,
*Salvador Diaz*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SALVADOR DIAZ, | Case No.: 2:23-cv-02564-CBM(Ex) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ASSET RECOVERY SOLUTIONS, LLC  [26]  [JS-6]** |
| vs. | |
| ASSET RECOVERY SOLUTIONS, LLC, | |
| Defendant. | |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Asset Recovery Solutions, LLC and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

**PURSUANT OT THE STIPULATION, IT IS ORDERED** that the above-entitled matter is hereby dismissed with prejudice.

Dated: NOVEMBER 27, 2023

_____
Honorable Consuelo B. Marshall
United States District Judge

- 1 -